# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SEDRICK HILLS

NO. 2020 KW 0347

**JUNE 19, 2020**

---

In Re:     Sedrick Hills, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 11-14-0792.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

    **WRIT NOT CONSIDERED.** The record of this court shows that relator has an appeal pending before this court, and a notice of lodging was mailed to counsel on May 7, 2020.  An application for postconviction relief shall not be entertained if the petitioner may appeal the conviction and sentence which he seeks to challenge, or if an appeal is pending.  La. Code Crim. P. art. 924.1.  Furthermore, counsel failed to comply with the Uniform Rules of Louisiana Courts of Appeal, Rules 4-3 and 4-5(C)(11), by failing to include a signed and dated notice of intent and return date order.  Counsel failed to comply with Rule 4-5(C)(6), by not including a copy of the ruling at issue herein.  Counsel also failed to comply with Local Rule 8(G), by failing to include a Declaration verifying the contents of the petition and that service was made to opposing counsel and the district court judge.  Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.